JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICHMOND SEQUOIA HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>                      Plaintiff,<br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>                      Defendants. | NO. 2:20-cv-01858-RSL<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION OF RELATED ACTIONS UNDER FED. R. CIV. P. 42(a)(2) |
| RICHMOND SEQUOIA HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>                      Plaintiff,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>                      Defendants. | NO. 2:21-cv-00468-RSL |

## I.      STIPULATION

Plaintiff Richmond Sequoia Homeowners Association ("Association") and Defendants State Farm Fire and Casualty Company ("State Farm") and Allstate Insurance Company ("Allstate") (collectively the "Defendants") hereby stipulate as follows:

1.      The actions *Richmond Sequoia Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:20-cv-01858-RSL and *Richmond Sequoia Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00468-RSL both involve claims for insurance coverage for alleged incremental and progressive hidden damage to the Richmond Sequoia Condominiums. The lawsuits identified above involve the Association as Plaintiff in both actions and the following insurance companies as Defendants in the respective actions: (1) State Farm; and (2) Allstate.

2.      While the actions have different defendants, they share common issues of fact and law as to liability and damages. The actions also involve many of the same lay and expert witnesses, Association records, and other documentary evidence. Both actions are assigned to the same Judge, the Honorable Robert S. Lasnik. Consolidating the lawsuits for trial under Fed. R. Civ. P. 42(a)(2) will promote efficiency and conserve judicial resources.

3.      Pursuant to LCR 42(a), the Association and both Defendants stipulate that the later filed lawsuit, *Richmond Sequoia Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00468-RSL, shall be consolidated into the earlier filed lawsuit: *Richmond Sequoia Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:20-cv-01858-RSL. The Association and Defendants agree that the caption for the earlier filed lawsuit, *Richmond Sequoia Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:20-cv-01858-RSL, shall be amended to add Allstate.

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

4.  *Richmond Sequoia Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:20-cv-01858-RSL is currently set for a jury trial on May 2, 2022. *Richmond Sequoia Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00468-RSL is currently set for a jury trial on September 12, 2022.

5.  The parties agree and request that the case schedule for the later filed lawsuit, *Richmond Sequoia Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00468-RSL, shall govern this consolidated lawsuit.

6.  The Association and Defendants agree that: (1) the consolidated case will be ready for trial by September 12, 2022, or as soon thereafter as permitted by the Court's schedule; and (2) the estimated length of trial is seven to ten days.

7.  The Association and Defendants have met and conferred regarding this Stipulation and Proposed Order, as called for in LCR 42(b).

DATED 10/29/2021

By */s/ Daniel J. Stein*
Jerry Stein, WSBA #27721
Justin Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
Stein, Sudweeks & Stein, PLLC
2701 1st Avenue, Suite 430
Seattle, WA 98121
jstein@condodefects.com
justin@condodefects.com
dstein@condodefects.com
jessica@condodefects.com
*Attorneys for Plaintiff Richmond Sequoia Homeowners Association*

DATED 10/27/2021

By */s/ Richard G. Gawlowski*
Alfred E. Donohue, WSBA #32774
Richard G. Gawlowski, WSBA #19713
Wilson Smith Cochran Dickerson

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

|   |   |   |
|---|---|---|
| 1 | | 901 Fifth Avenue, Suite 1700 |
| 2 | | Seattle, WA 98164-2050 |
|   | | donohue@wscd.com |
| 3 | | gawlowski@wscd.com |
| 4 | | *Attorneys for Defendant Allstate Insurance Company* |

DATED  10/28/2021                    By */s/ Daniel L. Syhre*
                                                          Joseph D. Hampton, WSBA #15297
Daniel L. Syhre, WSBA #34158
Betts, Patterson & Mines P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
Phone: (206) 292-9988
jhampton@bpmlaw.com;
dsyhre@bpmlaw.com
*Attorneys for Defendant State Farm Fire and Casualty Company*

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 4

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That the later filed lawsuit, *Richmond Sequoia Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00468-RSL, shall be consolidated into the earlier filed lawsuit *Richmond Sequoia Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:20-cv-01858-RSL.

2. That the caption for the earlier filed lawsuit, *Richmond Sequoia Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:20-cv-01858-RSL, shall be amended to add Allstate.

3. The parties agree that trial shall take place on September 12, 2022. The case schedule for the later filed lawsuit, *Richmond Sequoia Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00468-RSL, shall govern the consolidated lawsuit, as set forth below.

| **JURY TRIAL DATE** | **September 12, 2022** |
|---|---|
| Deadline for amending pleadings | March 16, 2022 |
| Reports from expert witnesses under FRCP 26(a)(2) due | March 16, 2022 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completed by | May 15, 2022 |
| Settlement conference held no later than | May 29, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | June 14, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter. Replies will be accepted. | August 15, 2022 |
| Agreed pretrial order due | August 31, 2022 |
| Pretrial conference to be scheduled by the Court. | |

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 5

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 7, 2022 |
|---|---|

DONE IN OPEN COURT this __1st__ day of __October__, 2021.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

By */s/ Daniel J. Stein*
Jerry Stein, WSBA #27721
Justin Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
Stein, Sudweeks & Stein, PLLC
2701 1st Avenue, Suite 430
Seattle, WA 98121
jstein@condodefects.com
justin@condodefects.com
dstein@condodefects.com
jessica@condodefects.com
*Attorneys for Plaintiff Richmond Sequoia Homeowners Association*


By */s/ Richard G. Gawlowski*
Alfred E. Donohue, WSBA #32774
Richard G. Gawlowski, WSBA #19713
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
donohue@wscd.com
gawlowski@wscd.com
*Attorneys for Defendant Allstate Insurance Company*


By */s/ Daniel L. Syhre*
Joseph D. Hampton, WSBA #15297
Daniel L. Syhre, WSBA #34158
Betts, Patterson & Mines P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
jhampton@bpmlaw.com;

1  dsyhre@bpmlaw.com
   *Attorneys for Defendant State Farm Fire and*
2  *Casualty Company*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 7

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660